IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FAIRWAY VILLAGE CONDOMINIUMS, | : | CASE NO. 2:22-cv-02022-NJB-JVM |
| Plaintiff, | : | <u>CHIEF DISTRICT JUDGE</u> |
| | : | NANNETTE JOLIVETTE BROWN |
| v. | : | |
| | : | <u>MAGISTRATE JUDGE</u> |
| INDEPENDENT SPECIALTY | : | JANIS VAN MEERVELD |
| INSURANCE COMPANY, | : | |
| Defendant. | : | |

## <u>NOTICE OF APPEAL</u>

Comes now Defendant, Independent Specialty Insurance Company, and herby gives notice of its appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered by the United States District Court for the Eastern District of Louisiana on April 10, 2023, a copy of which is attached hereto.

This 26th day of April 2023.          Respectfully submitted,

                    By:   /s/ Rebecca Mansell
                          Rebecca J. Mansell (MS #9778)
                          (admitted Pro Hac Vice)
                          Adrien R. Lorrain (La. Bar No. 37494)
                          Rolfes Henry Co., LPA
                          2113 Government Street
                          Suite H-2
                          Ocean Springs, Mississippi 39564
                          Telephone: 228-207-1366
                          alorrain@rolfeshenry.com
                          rmansell@rolfeshenry.com
                          *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the forgoing *NOTICE OF APPEAL* has been served via email on counsel for all parties by utilizing the Court's e-filing system which sends a notification to all counsel of record, on this the 26th day of April, 2023.

                               By:     /s/ Rebecca Mansell
                                             Rebecca J. Mansell (MS #9778)
                                             (admitted Pro Hac Vice)
                                             Adrien R. Lorrain (La. Bar No. 37494)